DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 147P15 | State v. Donovan Richardson | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
|---|---|---|---|
| 148P15 | Cecil L. Miller v. Torran Holloman | Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-485) | Denied |
| 151P15 | State v. Timothy Prince | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 152P11-3 | State v. Keith Leonardo Shropshire | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Allowed<br><br><br>3. Dismissed as moot<br><br>**Ervin, J., recused** |
| 153P15 | State v. Christopher Scott Byrd | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1087) | Denied |
| 154P15 | State v. Rickey G. Shore | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-251) | Dismissed |
| 155P15 | State v. Franklin Marcus Grullon, Jr. | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-104) | Denied |
| 156A15 | State v. Anna Laura Huckelba | 1. State's Motion for Temporary Stay (COA14-916)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **05/08/2015**<br><br>2. |
| 165P15 | State v. Nathaniel Paige Phillips | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **05/15/2015**<br><br>2. |
| 166P15 | State v. Michelle Lynn Bailey | 1. Def's Motion for Temporary Stay (COA14-1151)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/18/2015**<br><br>2.<br><br>3. |
| 167P15 | State v. Jonathon Johnson | 1. Def's *Pro Se* Motion for Complaint Citing Violations of the Rules of Professional Conduct<br><br>2. Def's *Pro Se* Motion for Reappointment of Counsel | 1. Dismissed<br><br><br><br>2. Dismissed |